SOCIETE ANONYME SELFIX, Appellant, *v.* BERNHARD ALTMANN, Respondent.

Submitted October 6, 1952; decided October 9, 1952.

*Ambrose Doskow* for cross motion to dismiss appeal and in opposition to motion for leave to appeal.

*Thomas W. Kelly* for motion for leave to appeal and in opposition to cross motion to dismiss appeal.

Cross motion to dismiss appeal granted and appeal taken as of right dismissed, with costs and $10 costs of motion.

Motion for leave to appeal denied, with $10 costs and necessary printing disbursements.